**SEALED**



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABDUL KARIM CONTEH (1),<br>VERONICA ROBLERO PIVARAL (2),<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮<br><br>    Defendants. | Case No. '24 CR1059 JLS<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(I) -<br>Conspiracy to Bring in Aliens at a<br>Place Other Than Designated Port<br>of Entry; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) - Bringing<br>in Aliens for Financial Gain;<br>Title 18, U.S.C., Sec. 2 - Aiding<br>and Abetting; Title 8, U.S.C.,<br>Sec. 1324(b), Title 18, U.S.C.,<br>Secs. 982(a)(6) and 982(b), and<br>Title 28, U.S.C., Sec. 2461(c) -<br>Criminal Forfeiture |

The grand jury charges:

Introductory Allegations

At all times relevant:

1. Defendants ABDUL KARIM CONTEH, VERONICA ROBLERO PIVARAL, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, together with others, participated in a human-smuggling organization that unlawfully smuggled thousands of migrants into the United States.

2. The smuggled migrants originated from numerous other countries, including Iran, Afghanistan, Uzbekistan, Pakistan, Kazakhstan, Turkey, Somalia, Cameroon, Senegal, Mauritania, Ethiopia,

RAS:DEF:nlv:San Diego:5/22/24

Egypt, and others. The migrants paid money, often tens of thousands of dollars, to be transported through various countries such as Brazil, Colombia, Ecuador, Panama, Costa Rica, Nicaragua, Honduras, and Guatemala.

3. The migrants smuggled by the defendants are not United States citizens and have no official authorization from the United States government to come to, enter, or reside in the United States.

4. Defendant ABDUL KARIM CONTEH coordinated with individuals throughout Mexico and other countries to facilitate the transport of migrants into and through Mexico to the United States border. Once near the Mexico-United States border, Defendant ABDUL KARIM CONTEH oversaw and assisted with their surreptitious and unlawful entry into the United States by various means, including the use of ladders and tunnels.

5. Defendants VERONICA ROBLERO PIVARAL, ███████ ███████████████████████████ assisted with transporting migrants through Mexico to the United States border and then facilitated their unlawful entry into the United States.

6. Defendant ███████████████ assisted with the receipt and passage of identity documents that would be used by smuggled migrants to unlawfully remain in the United States, as well as facilitate payments to others in the operation through mobile applications.

## Count 1

ALIEN SMUGGLING (8 U.S.C. § 1324(a)(1)(A)(i) and (v)(I))

7. Paragraphs 1 through 6 of this Indictment are realleged and incorporated as though fully set forth herein.

8. Beginning on a date unknown to the grand jury and continuing to the date of this Indictment, within the Southern District of California, and elsewhere, defendants ABDUL KARIM CONTEH, VERONICA

ROBLERO PIVARAL, ███████████████████████ ███████████████████████████, with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons unknown to the grand jury, to bring or attempt to bring an alien to the United States, knowing and in reckless disregard of the fact that said alien had not received prior official authorization to come to, enter or reside in the United States, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(I).

## Count 2

Alien Smuggling (8 U.S.C. § 1324(a)(2)(B)(ii) & 18 U.S.C. § 2)

9. Paragraphs 1 through 6 of this Indictment are realleged and incorporated as though fully set forth herein.

10. On or about February 16, 2023, within the Southern District of California, and elsewhere, defendant ABDUL KARIM CONTEH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that Samyar Alinejad, an alien, had not received prior official authorization to come to, enter, and reside in the United States did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//

## Count 3

Alien Smuggling (8 U.S.C. § 1324(a)(2)(B)(ii) & 18 U.S.C. § 2)

11. Paragraphs 1 through 6 of this Indictment are realleged and incorporated as though fully set forth herein.

12. On or about July 15, 2023, within the Southern District of California, and elsewhere, defendant ABDUL KARIM CONTEH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that Ahmed Bezeid Moulaye, an alien, had not received prior official authorization to come to, enter, and reside in the United States did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 4

Alien Smuggling (8 U.S.C. § 1324(a)(2)(B)(ii) & 18 U.S.C. § 2)

13. Paragraphs 1 through 6 of this Indictment are realleged and incorporated as though fully set forth herein.

14. On or about July 15, 2023, within the Southern District of California, and elsewhere, defendant ABDUL KARIM CONTEH, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that Cynthia Morfaw Atemafac, an alien, had not received prior official authorization to come to, enter, and reside in the United States did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 4 are re-alleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 982(a)(6) and 982(b), and Title 28, United States Code, Section 2461(c).

Upon conviction of one and more of the offense alleged in Counts 1 through 4, and pursuant to Title 8, United States Code, Section 1324(b), Title 18, United States Code, Section 982(a)(6), and Title 28, United States Code, Section 2461(c), defendants ABDUL KARIM CONTEH, VERONICA ROBLERO PIVARAL, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, shall forfeit to the United States all conveyances used in the offenses, all property, real and personal, that constitutes and is derived from proceeds received directly and indirectly from the offenses, and all property used and intended to be used to commit and to facilitate the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of defendants ABDUL KARIM CONTEH, VERONICA ROBLERO PIVARAL, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or

//
//

d. has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any property of the defendants up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 8, United States Code, Section 1324(b), Title 18, United States Code, Sections 982(a)(6) and 982(b), and Title 28, United States Code, Section 2461(c).

DATED: May 22, 2024.

TARA K. McGRATH
United States Attorney

By: DAVID E. FAWCETT
Assistant U.S. Attorney

By: RYAN A. SAUSEDO
Assistant U.S. Attorney

I hereby attest and certify on May 22, 2024 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ S. Nyamanjiva
Deputy

6